IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, AFL-CIO,<br><br>　　Plaintiff,<br><br>vs.<br><br>RURAL MEDIA GROUP, INC., and RFD-TV, LLC,<br><br>　　Defendants. | Civil Action No. 3:20-cv-00318<br><br>*Judge Aleta A. Trauger* |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY PROCEEDINGS

Plaintiff and Defendants, by and through counsel, hereby respectfully notify this Court that the Parties have entered into a settlement agreement to resolve this lawsuit. The resolution was agreed to following multiple settlement discussions between the Parties. In light of the foregoing, the Parties request that the Court stay all proceedings and deadlines for a period of thirty (30) days to allow the Parties to fully-execute the terms of the settlement agreement. Once the Parties have fulfilled their obligations under the settlement agreement, the Plaintiff will file a notice of dismissal with prejudice.

**WHEREFORE**, the Parties respectfully request that this Court enter an Order staying all proceedings and deadlines for thirty (30) days, pending the consummation of the settlement agreement.

DATED: May 6, 2022                    Respectfully Submitted:

  /s/ *Joe P. Leniski*
Joe P. Leniski, Jr., BPR No. 22891
R. Jan Jennings, BPR No. 1536
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
Email: janj@bsjfirm.com
Email: joeyl@bsjfirm.com

*Counsel for Plaintiff American Federation of Musicians of the United States and Canada, AFL-CIO*

  /s/ *Blair Norris* (*w/perm*)
Brian K. Norman, TX Bar. No. 00797161
J. Blair Norris, TX Bar No. 24014515
**SHAMOUN & NORMAN, LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, TX 75234
Tel: (214) 987-1745
Email: bkn@snlegal.com
Email: bn@snlegal.com

  /s/ *George H. Cate, III* (*w/perm*)
George H. Cate, III, BPR No. 12595
**BRADLEY ARANT BOULT CUMMINGS, LLP**
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Tel.: (615) 252-2347
Email: gcate@bradley.com

*Counsel for Defendants Rural Media Group, Inc. and RFD-TV, LLC*

2

Case 3:20-cv-00318   Document 63   Filed 05/06/22   Page 2 of 3 PageID #: 287

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has been served via the Court's online CM/ECF system on this the 6th day of May, 2022.

| | |
|---|---|
| Brian K. Norman | George H. Cate |
| J. Blair Norris | Jason C. Palmer |
| Shamoun & Norman LLP | Bradley Arant Boult Cummings, LLP |
| 1800 Valley View Lane, Suite 200 | 1600 Division Street, Suite 700 |
| Farmers Branch, TX 75234 | P.O. Box 340025 |
| Email: bkn@snlegal.com | Nashville, TN 37203 |
| Email:  bn@snlegal.com | Email: gcate@bradley.com |
| | Email: jpalmer@bradley.com |

                                                 */s/ Joe P. Leniski*
                                               Joe P. Leniski

3

Case 3:20-cv-00318   Document 63   Filed 05/06/22   Page 3 of 3 PageID #: 288